IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Webster, Everett

Printed: 3/4/08

Case Number: 04 B 16897
Judge: Hollis, Pamela S
Filed: 4/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 19, 2007
Confirmed: July 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,865.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,831.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 318.16 |
| Other Funds: |  | 15.50 |
| Totals: | 5,865.00 | 5,865.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One | Unsecured | 21.73 | 164.81 |
| 3. | Verizon Wireless | Unsecured | 11.41 | 71.85 |
| 4. | Empress Riverboat Casino | Unsecured | 307.18 | 2,329.29 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 35.00 | 265.39 |
| 6. | HomeComings Financial Network | Secured |  | No Claim Filed |
| 7. | Garretson & Santora | Unsecured |  | No Claim Filed |
| 8. | RMS | Unsecured |  | No Claim Filed |
| 9. | Providian | Unsecured |  | No Claim Filed |
| 10. | State Of Arkansas | Unsecured |  | No Claim Filed |
| 11. | RMS | Unsecured |  | No Claim Filed |
| 12. | RMS | Unsecured |  | No Claim Filed |
| 13. | Charter One Bank | Unsecured |  | No Claim Filed |
| 14. | Secretary Of State | Unsecured |  | No Claim Filed |
| 15. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 16. | Village of Calumet Park | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,075.32 | $ 5,531.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 79.77 |
| 4% | 15.94 |
| 3% | 11.83 |
| 5.5% | 210.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Webster, Everett | Case Number:  04 B 16897 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/4/08 | Filed:  4/29/04 |

_____
$ 318.16

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

